# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CAUSE NO. 4:24-cr-00225 |
| § | |
| DURAN MONTILLA ET AL § | |

## UNOPPOSED MOTION TO CONTINUE

Mr. Franyerson Pujols Reynoso, the defendant, moves this Court to continue the Pretrial Conference and Jury Selection and Trial. In support, Mr. Reynoso submits the following:

1) Mr. Reynoso was arrested in Harrisburg, PA, on May 8, 2024. Mr. Reynoso's first appearance in this district was on May 28, 2024. Undersigned counsel was appointed on the same day. The detention hearing was on May 30, 2024, and the Order of Detention May 31, 2024.

2) The government sought and obtained a First Superseding Indictment on June 6, 2024, adding Mr. Reynoso. Mr. Reynoso was arraigned on June 11, 2024. The Magistrate Judge kept the original docket control order from the original Indictment in place.

3) Mr. Reynoso needs time to obtain and review discovery, identify and address any possible pretrial motions, and research any possible defenses and potential resolutions.

4) Defense counsel has conferred with AUSA John Ganz, AFPD Obando, Mr. Lake, Mr. Fazel, and Mr. Macias. They have stated they are unopposed to this continuance of the cause. Mr. Winton, at the time of the filing, has not stated his position; however, other communications have indicated that he would be unopposed.

5) This motion is not made for the purposes of delay but rather in the interest of justice.

Mr. Franyerson Pujols Reynoso respectfully moves this Court for a continuance of the Pretrial and Jury Selection and Trial of the defendants and requests a new docketing order issue.

Respectfully Submitted,

/s/ Michael DeGeurin
Michael DeGeurin
Federal Bar No. 23288
Foreman DeGeurin & DeGeurin
300 Main St. 3rd Floor
Houston, Texas 77002
Telephone No. (713) 655-9000
Facsimile No. (713) 655-1812

Attorney for Franyerson Pujols Reynoso

## CERTIFICATE OF CONFRENCE

Counsel has conferred with Assistant United States Attorney Ganz and co-defendant counsel for Montilla, Alfaro, Marcano, Pedraza and they stated they are unopposed to this motion. As of filing counsel for Ms. Martinez-Morales has not given his position.

/s/ Michael DeGeurin

Michael DeGeurin

## CERTIFICATE OF SERVICE

On the day of filing a true and correct copy of this filing was emailed to Assistant United States Attorney John Ganz and Co-defendants counsel.

/s/ Michael DeGeurin

Michael DeGeurin