United States District Court
Southern District of Texas
**ENTERED**
June 20, 2024
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | | |
|---|---|---|---|
| RECUSAL ORDER | | Case Number | 4:24-CR-225 |
| Style | USA v. Luis Duran Montilla, et al. | | |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. | | |

Signed:

Ewing Werlein, Jr.,
United States District Judge

Date: June 20, 2024