United States District Court
Southern District of Texas
**ENTERED**
December 11, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO. 4:24-CR-225-02 |
| GERSON CHICAS ALFARO | |

## ORDER

The Defendant's Unopposed Motion to Hold Motions in Abeyance is GRANTED.

The following two motions will be held in abeyance until January 16, 2024, and the Government will not be required to file responses to these motions until February 6, 2024:

- Motion to Suppress Identifications, Dkt. 121; and
- Motion to Suppress Statements, Dkt. 122.

SIGNED at Houston, Texas, on the _10th_ day of _December_ 2024.

_____
UNITED STATES DISTRICT JUDGE